ALICIA HUTCHINSON VDA. DE PEDREIRA, demandante y recurrida, *v.* VIRGILIO VILOMAR PACHECO ET AL., demandados y recurrentes.

*Número:* R-62-134 *Resuelto:* 23 de octubre de 1963

*Rivera Zayas, Rivera Cestero & Rúa,* y *C. A. Romero,* abogados de los recurrentes; *Julio Suárez Garriga,* abogado de la recurrida.

Sala integrada por el Juez Asociado Señor Belaval como Presidente de Sala y los Jueces Asociados Señores Hernández Matos y Santana Becerra.

PER CURIAM: Alicia Hutchinson vda. de Pedreira instó una acción contra Virgilio Vilomar Pacheco, la Martorani

Motors, Inc. y su aseguradora Commercial Insurance Co., reclamándoles el pago de $41,370.75 por daños y perjuicios que alegó sufrió como resultado de un choque entre dos automóviles pertenecientes a la Martorani Motors, Inc., ocurrido el 19 de diciembre de 1959 en la Avenida Ponce de León de San Juan.

En el juicio quedó limitada la controversia a la cuantía de los daños y perjuicios que sufriera la actora. El 31 de agosto de 1961 se dictó sentencia concediendo a la demandante $12,000.00 por daños y perjuicios personales, $1,495.25 por gastos "médico hospitalarios" y $1,400.00 por honorarios de abogados.

Recurrieron ante nos los demandados. Por nuestra resolución de 15 de marzo de 1963 decidimos revisar parcialmente el fallo recurrido "solamente en cuanto al punto de si el verdadero montante—de los gastos 'médico-hospitalarios'—es de $1,495.00 ó del balance de $1,345.75 arrojado por los Exhibits 1, 2 y 3 de la parte demandante."

La única evidencia documental admitida sobre el importe de esos gastos, está compuesta por esos tres Exhibits, que acreditan los siguientes gastos:

| | | |
|---|---|---|
| (1) A Landrón and Jiménez Radiology Group Inc. | $ | 40.00 |
| (2) A Teresa R. Díaz, R.P.T. | | 143.00 |
| (3) Al Hospital Presbiteriano | | 162.75 |
| (4) Al Dr. Marvin S. Cashion | | 1,000.00 |
| Total | | $1,345.75 |

Detenidamente hemos examinado las 60 páginas de la transcripción de evidencia y de ellas no aparecen acreditados esos gastos en exceso de $1,345.75. Obviamente se incurrió en el leve error aritmético que señalan los recurrentes al fijarse en $1,495.25.

*Por todo ello se modifica la sentencia recurrida reduciendo
la partida de $13,495.25 que concedió por daños y perjuicios
a la suma de $13,345.75 y así modificada, se confirma.*